Daniel R. Forde (SBN: 248461)
**HOFFMAN & FORDE, ATTORNEYS AT LAW**
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
Tel: (619) 546-7880
Fax: (619) 546-7881
dforde@hoffmanforde.com

Attorney for Plaintiff,
Deanna Cason

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA CASON, an individual;<br><br>      Plaintiffs,<br>v.<br><br>EQUIFAX INC; TRANS UNION LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>      Defendants. | Case No.: 3:17-cv-00496-AJB-AGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX, INC. PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>District Judge:   Hon. Anthony J. Battaglia<br>Magistrate Judge:  Hon. Andrew G. Schopler<br>Complaint Filed:   March 10, 2017 |

///

## NOTICE OF VOLUNTARY DISMISSAL

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff DEANNA CASON ("Plaintiff") and his counsel hereby give notice that the above-captioned action is voluntarily dismissed, WITH PREJUDICE, as to Defendant EQUIFAX, INC. ("Defendant"). Plaintiff and Defendant have settled all claims between them in this matter. Defendant has not filed or served either an answer or a motion for summary judgment, making such dismissal proper without court order.

- 1 -

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX, INC.
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Dated: July 21, 2017                    Respectfully submitted,


                                        By:        */s/ Daniel R. Forde*
                                                   DANIEL R. FORDE

                                        HOFFMAN & FORDE, ATTORNEYS AT LAW
                                        3033 Fifth Avenue, Suite 225
                                        San Diego, CA 92103
                                        Telephone: (619) 546-7880
                                        Facsimile: (619) 546-7881
                                        dforde@hoffmanforde.com


                                        Attorney for Plaintiff,
                                        Daniel Forde

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX, INC.
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)